# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TV TOKYO CORPORATION, | |
| Plaintiff, | Case No.: 1:24-cv-04337 |
| v. | Judge Andrea R. Wood |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Beth W. Jantz |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 65 | manzhiqing |
| 38 | HZWDP |
| 16 | CossCos |
| 42 | Joyplay |
| 15 | Cosplayfm |
| 24 | DreamJ |
| 54 | Lingna |
| 12 | ChenQianHua |
| 18 | CSIYAN Jewelry |
| 11 | CheneyYY9shop |
| 80 | prince2022 |
| 94 | ThanQu |
| 1 | Alapwu |

| | |
|---|---|
| 30 | GogoDeal |
| 96 | THIBOWOCK |
| 69 | MeleBase |
| 34 | Happyseason4U |
| 83 | RuiYaZhuo |
| 4 | Anqing Sansha Trading Co., Ltd. |
| 75 | OYSTERBOY |
| 40 | IURNXB |

DATED: February 9, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on February 9, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                            */s/ Keith A. Vogt*
                                            Keith A. Vogt